1  Piero A Bugoni
   160 W Camino Real #191
2  Boca Raton FL 33432

FILED by _____ D.C.

AUG 0 8 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

3

4

5  # 11-80892-Civ-Middlebrooks/Johnson

6  IN THE UNITED STATES DISTRICT COURT

7  IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

8

9  American Travelers,                        )
   A Plaintiff Class,                         )   CASE No.:
10 By and Through Filing Plaintiff,           )
   Piero A Bugoni                             )
11                      PLAINTIFF              )   **COMPLAINT BY A CLASS OF**
   v.                                         )   **PERSONS PURSUANT TO**
12                                            )   **42 USC § 1983,**
   Barry Soetoro a.k.a.                       )   **18 USC §§ 241 – 245**
13 Barack H. Obama                            )   **AND FRCP RULE 23**
                                              )
14 Janet Napolitano                           )   **JURY DEMANDED**
                                              )
15 In their Individual and Official           )
   Capacities                                 )
16                      DEFENDANTS

17

18                        I. JURISDICTION

19 This Court has Jurisdiction Per 42 U.S.C § 1983, 18 U.S.C. §§ 241 - 245, The United States

20 Constitution Article III, Article IV, Amendments IV and XIV, FRCP Rule 23.

21

22                          II. VENUE

23 Venue is proper herein, as Filing Plaintiff is a Citizen of the United States Of America, The

24 State of Florida, and a resident of Palm Beach County. Claims pursuant to Florida

25 Constitution Article I Sections 1, 2, 4, 5, 9, 12, 20, and 23, and the Florida Revised Statutes

26 cited infra, are brought herein pursuant to 28 U.S.C. § 1441 et. seq.

27

28

IF WE DONT LIKE IT... YOU DON'T GOVERN!

| | |
|---|---|
| 1 | ### III. NATURE OF CLAIM |
| 2 | This is a Civil Rights Lawsuit. It is being filed as a Class-Action because the acts committed |
| 3 | by defendants and charged herein, are a matter of policy and custom, (not law), and the |
| 4 | abuses suffered thereby are common to all persons who chose to exercise their Fundamental |
| 5 | Right to Travel through the use of Public Air Transportation. This complaint specifically |
| 6 | charges the policy and custom of using sub-vestial electromagnetically-radiative visual |
| 7 | observation devices, used by the Transportation Security Administration, (hereafter "TSA"), |
| 8 | under orders and direction of defendants Obama and Napolitano, and the physical body- |
| 9 | search performed by the TSA and it's officers, under Orders and direction of defendants |
| 10 | Obama and Napolitano. |
| 11 | |
| 12 | This Complaint seeks exclusively injunctive and declaratory relief, both preliminary, and to |
| 13 | be decided by a Jury. |
| 14 | |
| 15 | ### IV. FACTS |
| 16 | Filing Plaintiff is an American Traveler, and a member of Plaintiff Class "American |
| 17 | Travelers." Filing Plaintiff, and all members of Plaintiff Class, regularly exercise, or seek to |
| 18 | exercise their Fundamental Right to travel through the use of Public Air Transportation. |
| 19 | Because of a policy and custom carried out by defendants, Plaintiff Class American |
| 20 | Travelers are subject to violations of their Fundamental Rights To Be Let Alone, To |
| 21 | Personal Privacy, and to Be Free From Assault, To Be Free From Harassment, and to Be |
| 22 | Free From Crimes Being Committed Against Them, in order to enjoy or exercise their |
| 23 | Fundamental Right to Travel by Public Air Transportation. |
| 24 | |
| 25 | No Citizen must be required to forfeit any Right in order to enjoy the benefit of some other. |
| 26 | |
| 27 | A cabinet office is not an elected office of public trust and carries no more authority to set |
| 28 | public policy than the janitor at the federal court house. |

IF WE DON'T LIKE IT — YOU DON'T GOVERN!

2  Napolitano is appointed to administer a policy and custom set by Obama, or worse,

3  consented to by him, or abdicated thereto.

5  Citizens have a Right to be free from harassment and annoyance by government.

7  Citizens have the exclusive Right to decide all public policy.

9  Citizens have a Right to a Republican form of Government.

11  Citizens have the Right to be free from ultimata given by public officers dictating that they

12  must accept any government conduct of any kind.

14  Citizens have a Right to Privacy and to the Right to Privacy of their own body.

16  Citizens have a Right to Personal Space and to be free from intrusions thereupon.

18  Citizens have an Absolute Right to Be Let Alone.

20  Citizens have a Right to be free from being compelled by any kind of coercion whatsoever,

21  to waive or forfeit in any way, any Right, for any reason whatsoever, and certainly not as

22  any kind of requirement to the enjoyment or exercise of any other Right.

24  Filing Plaintiff, and all members of Plaintiff class seek redress herein for the specific

25  grievance that unsolicited contact from any person, and in particular ALL INDIVIDUALS

26  ASSOCIATED WITH GOVERNMENT, is annoying in se, and explicitly not consented to

27  by Plaintiff Class, or any individual therein, and any failure by defendants and their

28  subordinates to IMMEDIATELY AND PERMANENTLY cease and desist such conduct

IF WE DON'T LIKE IT - YOU DON'T GOVERN!

1    constitutes Adequate Provocation, Harassment, Annoyance, Assault, Coercion, Threat, and a

2    violation in se of their Rights to Personal Space, to a Republican Form of Government, to Be

3    Let Alone, to be Free From Harassment and To Be Free From Crimes Being Committed

4    Against Them.

5

6    Whatever supposedly legitimate government objectives may be sought by defendant's

7    conduct charged herein, there are less restrictive alternatives available.

8

9    Public Air Transportation Carriers are Private Corporations, and with regard to security

10    policy, are able to afford differential levels of service. For those who consider personal

11    safety paramount, any particular carrier may perform searches and seizures commensurate

12    with those carried out by the TSA, and Travelers may waive their Constitutional Protections

13    and consent to such treatment. Other persons, for whom their Constitutional Protections are

14    inviolate, any particular carrier may set security procedures that are not violative of

15    Constitutional Law.

16

17    In addition to the Federally protected Rights enumerated herein, Citizens of the State of

18    Florida have the Rights to Be Let Alone, Pursuant to Florida Constitution Article 1, Section

19    23, and to be free from government by Communism, Naziism, or Fascism, pursuant to FRS

20    876.01, and FRS 876.02, and to be free pursuant to FRS 876.34, from any persons

21    combining to usurp government, and to be free from persons combining against any part of

22    the people of the state, per FRS 876.35

23

24    When an American Traveler who is a Citizen of The State of Florida travels beyond the

25    sovereign boundary of The State of Florida, they do not waive, or abandon in any way their

26    Rights and the protections thereof afforded by the Florida Constitution and Florida Law, but

27    within our Federal Union, carry with them The Full Faith and Credit of that Constitution and

28    Law, and acquire in addition, the Rights and Protections afforded by the Sovereignty of

1   whatever State they enter.

2

3   The electromagnetically-radiative sub-vestial visual observation devices deployed by

4   defendants place Citizens lives, health, and Safety in Jeopardy.

5

6   All electromagnetic radiation known is known to affect atomic and molecular stasis. People

7   exploit this physics routinely for things like cooking and heating. It is evident from public

8   domain experience that both invisible microwaves, and visible orange-red light, can heat

9   water and lipids, denature protein, and trigger the oxidation of carbohydrates. The same type

10  of electromagnetic energy is used in both cases, what differs in such an example is the

11  frequency with which the electromagnetic field oscillates, and its amplitude.

12

13  The sort of changes that electromagnetic radiation causes to a persons biochemistry always

14  takes some amount of time to be perceived. There is no set time limit. Many such changes

15  can only ever be traced by inference to any events that caused them. The

16  electromagnetically-radiative scanners used by the TSA cannot ever be known to be safe

17  unless every person who will ever be exposed to them has been, and sufficient time has

18  passed since that it can be determined that there were no ill effects. i.e, they reach the same

19  age that they would otherwise, and none are perceived.

20

21  Defendant Obama stated during his 2011 State of The Union Address that he was aware of

22  the conduct of TSA officers and that it is carried out with his consent.

23

24  Article IV Section IV of The United States Constitution Guarantees Plaintiff Class A

25  Republican Form of Government. Regardless of how that may be defined in the Law, it can

26  be defined equally by what it is not. It is not tyranny. It is not dictatorship. It is not socialism.

27  It is not fascism. It is not naziism. It is not communism. It is at minimum, "Rex Publicus" -

28  "The Public Rules".

V. CAUSE OF ACTION

## COUNT 1:

**Defendant:** Barack H. Obama

## Allegation of Constitutional Right Violated:

Obama has acted without consent of the governed. This constitutes a violation in se of our Constitutional Law. Individuals have a Right to proper subordination of all public officers whether they act for profit or of trust.

## Specific Facts In Support of Allegation:

Obama has instituted by order or leave, a policy and custom whereby federally employed officers for profit are physically assaulting, harassing, annoying, molesting, and placing the lives, health and safety of Citizens who choose to exercise their fundamental Right to Travel in danger. The use of sub-vestial visual scanners by the government are a violation of a Citizen's Right to  Be Free From Unwarranted Searches. The "pat down" (as Obama referred to the policy and custom during his 2011 State of The Union Address), where Federal officers for profit, (herein "TSA Officers"), search American Travelers pursuing their Fundamental Right to Travel by groping them, molesting them, and physically assaulting them violates Plaintiff Class' Right to be Free From Unwarranted Searches and Seizures. Plaintiff Class exercises its Fundamental Right to Travel by Public Air Transportation, and seeks to do so undeterred, or "chilled" from doing so, in any way. Obama's policy deters American Travelers by threat of crime, threat of arrest or civil action, annoyance sufficient to constitute harassment, disgust, obscenity, and offensiveness, from exercising their Fundamental Right to Travel, or subjects them to this victimization thereby, when they choose to do so. All members of Plaintiff Class are aggrieved by the policy and custom of both the use of sub-vestial visual observation devices, and the "pat-down", as Obama himself named it.

## Law Governing:

Defendant Obama's conduct alleged in this Count is in violation of the following State and

1    Federal Statutes and Law:

2    US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

3    XIV; and Article IV Section 4.

4    42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

5    2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

6    872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

7    Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

8    FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35, and any applicable

9    provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

10   Chapter 847.

11   **Relief Requested:**

12   1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

13   scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

14   2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

15   space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

16   to, engaging in Public Air Travel.

17   3) Declaratory Judgment that:

18         a) All Persons have an exclusive and absolute Right to their Personal Space, and;

19         b) No Person is required to tolerate any Federal, State or other government officer in

20           their Personal Space, ever, and;

21         c) The use of force to remove any person from ones Personal Space, and permanently

22           prohibiting their return, is not chargeable as a crime by any state or federal officer.

23   4) Permanent Injunction prohibiting any federal officer under Obama's executorship from

24   ever violating any provision of the US Constitution, or any State or Federal, or

25   Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

26   Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

27   Committed Against Them.

28   5) Preliminary Injunction ordering defendant Obama to demand publicly the immediate

IF WE DONT LIKE IT ... YOU DON'T GOVERN!

1      forfeiture to the United States of America, the Public Property that is Napolitano's Cabinet

2      Office.

3

4      **COUNT 2:**

5      **Defendant:** Janet Napolitano

6      **Allegation of Constitutional Right Violated:**

7      Napolitano has carried out and administered the policy and custom decided by Obama as

8      stated in Count 1, and is liable both as a principle and accomplice therefor.

9      **Specific Facts In Support of Allegation:**

10     The specific facts stated Count 1, are incorporated and restated herein. Napolitano has been

11     appointed as a Cabinet Officer to administer and implement policy as decided or acceded to

12     by Obama. For carrying out this policy, and failing to refuse to do so, Napolitano is liable as

13     an accomplice.

14     **Law Governing:**

15     Defendant Napolitano's conduct alleged in this Count is in violation of the following State

16     and Federal Statutes and Law:

17     US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

18     XIV, and Article IV Section 4.

19     42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

20     2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

21     872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

22     Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

23     FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35 and any applicable

24     provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

25     Chapter 847.

26     **Relief Requested:**

27     1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

28     scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

1  2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

2  space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

3  to, engaging in Public Air Travel.

4  3) Declaratory Judgment that:

5        a) All Persons have an exclusive and absolute Right to their Personal Space, and;

6        b) No Person is required to tolerate any Federal, State or other government officer in

7        their Personal Space, ever, and;

8        c) The use of force to remove any person from ones Personal Space, and permanently

9        prohibiting their return, is not chargeable as a crime by any state or federal officer.

10 4) Permanent Injunction prohibiting any federal officer under Napolitano's management

11 from ever violating any provision of the US Constitution, or any State or Federal, or

12 Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

13 Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

14 Committed Against Them.

15 5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United

16 States of America the Public Property that is her Cabinet Office.

17 6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with

18 any individual, party, board, organization, corporation, or otherwise, for the purpose of labor

19 to, or engaging in commerce with, The United States of America, or any of its Several

20 States.

21

22 **COUNT 3:**

23 **Defendant:** Barack H. Obama

24 **Allegation of Constitutional Right Violated:**

25 Defendant Obama by his policy and custom of searching and seizing Citizens prior to

26 engaging in Public Air Travel, violates a person's Right to Individual Personal Privacy.

27 **Specific Facts In Support of Allegation:**

28 When a person is viewed sub-vestially by electromagnetic radiation by TSA officers, their

1   privacy has been violated, and when a TSA officer gropes their mammaria or genitalia, their

2   "Person" has been seized. No member of Plaintiff class ever consents to any such actions.

3   No victimization of any member of Plaintiff Class, by such conduct, or suffering by them to

4   date of such conduct is any kind of consent to, or tolerance whatsoever thereof.

5   ## Law Governing:

6   Defendant Obama's conduct alleged in this Count is in violation of the following State and

7   Federal Statutes and Law:

8   US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

9   XIV; and Article IV Section 4.

10  42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

11  2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

12  872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

13  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

14  FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35, and any applicable

15  provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

16  Chapter 847.

17  ## Relief Requested:

18  1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

19  scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

20  2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

21  space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

22  to, engaging in Public Air Travel.

23  3) Declaratory Judgment that:

24      a) All Persons have an exclusive and absolute Right to their Personal Space, and;

25      b) No Person is required to tolerate any Federal, State or other government officer in

26      their Personal Space, ever, and;

27      c) The use of force to remove any person from ones Personal Space, and permanently

28      prohibiting their return, is not chargeable as a crime by any state or federal officer.

IF WE DONT LIKE IT, YOU DONT GOVERN!

1  4) Permanent Injunction prohibiting any federal officer under Obama's executorship from

2  ever violating any provision of the US Constitution, or any State or Federal, or

3  Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

4  Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

5  Committed Against Them.

6  5) Preliminary Injunction ordering defendant Obama to demand publicly the immediate

7  forfeiture to the United States of America, the Public Property that is Napolitano's Cabinet

8  Office.

9

10  ## COUNT 4:

11  **Defendant:** Janet Napolitano

12  ## Allegation of Constitutional Right Violated:

13  Napolitano shares accomplice liability with principle Obama for carrying out and

14  administering Obama's policy of searching and seizing Citizens prior to engaging in Public

15  Air Travel, which violates a person's Right to Individual Personal Privacy.

16  ## Specific Facts In Support of Allegation:

17  The specific facts stated Count 3, are incorporated and restated herein.

18  ## Law Governing:

19  Defendant Napolitano's conduct alleged in this Count is in violation of the following State

20  and Federal Statutes and Law:

21  US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

22  XIV, and Article IV Section 4.

23  42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

24  2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

25  872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

26  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

27  FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35 and any applicable

28  provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

1 Chapter 847.

2 Relief Requested:

3 1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual
4 scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;
5 2) Preliminary injunction ordering prohibition of any Federal employee entering the personal
6 space of any Class Plaintiff, or other person during the course of, or as any kind of requisite
7 to, engaging in Public Air Travel.
8 3) Declaratory Judgment that:
9     a) All Persons have an exclusive and absolute Right to their Personal Space, and;
10     b) No Person is required to tolerate any Federal, State or other government officer in
11     their Personal Space, ever, and;
12     c) The use of force to remove any person from ones Personal Space, and permanently
13     prohibiting their return, is not chargeable as a crime by any state or federal officer.
14 4) Permanent Injunction prohibiting any federal officer under Napolitano's management
15 from ever violating any provision of the US Constitution, or any State or Federal, or
16 Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal
17 Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being
18 Committed Against Them.
19 5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United
20 States of America the Public Property that is her Cabinet Office.
21 6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with
22 any individual, party, board, organization, corporation, or otherwise, for the purpose of labor
23 to, or engaging in commerce with, The United States of America, or any of its Several
24 States.
25
26 COUNT 5:
27 Defendant: Barack H. Obama
28 Allegation of Constitutional Right Violated:

IF WE DONT LIKE IT ... YOU DONT GOVERN!

1  Defendant Obama by his policy and custom of searching and seizing Citizen's prior to

2  engaging in Public Air Travel, violates a person's Right to Be Let Alone.

3  **Specific Facts In Support of Allegation:**

4  Being Let Alone means NO CONTACT WHATSOEVER by any government officer, for

5  any reason whatsoever. Alone means singular, one person in the absence of any other, and

6  when in public it means at minimum as such within their Personal Space.

7  **Law Governing:**

8  Defendant Obama's conduct alleged in this Count is in violation of the following State and

9  Federal Statutes and Law:

10  US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

11  XIV; and Article IV Section 4.

12  42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

13  2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

14  872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

15  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

16  FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35, and any applicable

17  provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

18  Chapter 847.

19  **Relief Requested:**

20  1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

21  scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

22  2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

23  space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

24  to, engaging in Public Air Travel.

25  3) Declaratory Judgment that:

26      a) All Persons have an exclusive and absolute Right to their Personal Space, and;

27      b) No Person is required to tolerate any Federal, State or other government officer in

28      their Personal Space, ever, and;

1       c) The use of force to remove any person from ones Personal Space, and permanently

2       prohibiting their return, is not chargeable as a crime by any state or federal officer.

3   4) Permanent Injunction prohibiting any federal officer under Obama's executorship from

4   ever violating any provision of the US Constitution, or any State or Federal, or

5   Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

6   Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

7   Committed Against Them.

8   5) Preliminary Injunction ordering defendant Obama to demand publicly the immediate

9   forfeiture to the United States of America, the Public Property that is Napolitano's Cabinet

10  Office.

11

12  COUNT 6:

13  **Defendant:** Janet Napolitano

14  **Allegation of Constitutional Right Violated:**

15  Defendant Napolitano by administering Obama's policy and custom of searching and seizing

16  Citizen's prior to engaging in Public Air Travel, violates a person's Right to Be Let Alone.

17  **Specific Facts In Support of Allegation:**

18  The specific facts stated Count 5, are incorporated and restated herein. Napolitano shares

19  accomplice liability with principle Obama for carrying out and administering Obama's policy

20  of searching and seizing Citizens prior to engaging in Public Air Travel, and thereby

21  violating their Right to Be Let Alone.

22  **Law Governing:**

23  Defendant Napolitano's conduct alleged in this Count is in violation of the following State

24  and Federal Statutes and Law:

25  US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

26  XIV, and Article IV Section 4.

27  42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

28  2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

1  872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

2  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

3  FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35 and any applicable

4  provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

5  Chapter 847.

6  **Relief Requested:**

7  1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

8  scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

9  2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

10  space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

11  to, engaging in Public Air Travel.

12  3) Declaratory Judgment that:

13        a) All Persons have an exclusive and absolute Right to their Personal Space, and;

14        b) No Person is required to tolerate any Federal, State or other government officer in

15        their Personal Space, ever, and;

16        c) The use of force to remove any person from ones Personal Space, and permanently

17        prohibiting their return, is not chargeable as a crime by any state or federal officer.

18  4) Permanent Injunction prohibiting any federal officer under Napolitano's management

19  from ever violating any provision of the US Constitution, or any State or Federal, or

20  Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

21  Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

22  Committed Against Them.

23  5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United

24  States of America the Public Property that is her Cabinet Office.

25  6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with

26  any individual, party, board, organization, corporation, or otherwise, for the purpose of labor

27  to, or engaging in commerce with, The United States of America, or any of its Several

28  States.

IF WE DONT LIKE IT ... YOU DONT GOVERN!

1 | COUNT 7:

2 | **Defendant:** Barack H. Obama

3 | **Allegation of Constitutional Right Violated:**

4 | Obama's policy of search and seizing persons prior to their engaging in Public Air Travel
5 | violates Plaintiffs' Right To Personal Space.

6 | **Specific Facts In Support of Allegation:**

7 | "Personal Space" means the space around a person, and is usually about hitting distance, that
8 | is the proximity for which it is perfectly normal to hit someone for entering it, with the
9 | intention of driving them off, and for the purpose of convincing them not to return. Each
10 | person has a Right to their personal space, and to be free from intrusion thereupon. TSA
11 | officers under Obama's orders, or leave, enter the proximity of, and grope, grab and
12 | otherwise offensively touch all persons seeking to engage in Public Air Travel.

13 | **Law Governing:**

14 | Defendant Obama's conduct alleged in this Count is in violation of the following State and
15 | Federal Statutes and Law:

16 | US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,
17 | XIV; and Article IV Section 4.

18 | 42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §
19 | 2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §
20 | 872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

21 | Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

22 | FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35, and any applicable
23 | provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,
24 | Chapter 847.

25 | **Relief Requested:**

26 | 1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual
27 | scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;
28 | 2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

**IF WE DONT LIKE IT... YOU DONT GOVERN!**

1    space of any Class Plaintiff, or other person during the course of, or as any kind of requisite
2    to, engaging in Public Air Travel.
3    3) Declaratory Judgment that:
4           a) All Persons have an exclusive and absolute Right to their Personal Space, and;
5           b) No Person is required to tolerate any Federal, State or other government officer in
6           their Personal Space, ever, and;
7           c) The use of force to remove any person from ones Personal Space, and permanently
8           prohibiting their return, is not chargeable as a crime by any state or federal officer.
9    4) Permanent Injunction prohibiting any federal officer under Obama's executorship from
10   ever violating any provision of the US Constitution, or any State or Federal, or
11   Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal
12   Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being
13   Committed Against Them.
14   5) Preliminary Injunction ordering defendant Obama to demand publicly the immediate
15   forfeiture to the United States of America, the Public Property that is Napolitano's Cabinet
16   Office.
17
18   ## COUNT 8:
19   **Defendant:** Janet Napolitano
20   ## Allegation of Constitutional Right Violated:
21   Same as Count 7, incorporated and restated herein.
22   ## Specific Facts In Support of Allegation:
23   The specific facts stated in Count 7 are incorporated and restated herein. Napolitano holds
24   accomplice liability for administering Obama's policy and custom of searching and seizing
25   Plaintiffs prior to their engaging in Public Air Travel.
26   ## Law Governing:
27   Defendant Napolitano's conduct alleged in this Count is in violation of the following State
28   and Federal Statutes and Law:

IF WE DONT LIKE IT ~ YOU DONT GOVERN!

1  US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

2  XIV, and Article IV Section 4.

3  42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

4  2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

5  872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

6  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

7  FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35 and any applicable

8  provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

9  Chapter 847.

10  **Relief Requested:**

11  1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

12  scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

13  2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

14  space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

15  to, engaging in Public Air Travel.

16  3) Declaratory Judgment that:

17    a) All Persons have an exclusive and absolute Right to their Personal Space, and;

18    b) No Person is required to tolerate any Federal, State or other government officer in

19    their Personal Space, ever, and;

20    c) The use of force to remove any person from ones Personal Space, and permanently

21    prohibiting their return, is not chargeable as a crime by any state or federal officer.

22  4) Permanent Injunction prohibiting any federal officer under Napolitano's management

23  from ever violating any provision of the US Constitution, or any State or Federal, or

24  Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

25  Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

26  Committed Against Them.

27  5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United

28  States of America the Public Property that is her Cabinet Office.

IF WE DONT LIKE IT... YOU DONT GOVERN!

1  6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with

2  any individual, party, board, organization, corporation, or otherwise, for the purpose of labor

3  to, or engaging in commerce with, The United States of America, or any of its Several

4  States.

5

6  **COUNT 9:**

7  **Defendant:** Barack H. Obama

8  **Allegation of Constitutional Right Violated:**

9  Obama's Policy of ordering, or acceding to TSA officers to searching and seizing Citizens

10  prior to engaging in Public Air Travel violates Plaintiff's Rights to be Free From Crimes

11  Being Committed against them.

12  **Specific Facts In Support of Allegation:**

13  Per the Florida Revised Stautes cited in this Count, the policy and custom of non-consensual

14  contact by TSA officers are crimes within the State of Florida. Further they are violations of

15  18 U.S.C §§ 241-245, and the Federal Criminal Statutes Cited.

16  **Law Governing:**

17  Defendant Obama's conduct alleged in this Count is in violation of the following State and

18  Federal Statutes and Law:

19  US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

20  XIV; and Article IV Section 4.

21  42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

22  2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

23  872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

24  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

25  FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35, and any applicable

26  provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

27  Chapter 847.

28  **Relief Requested:**

1   1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

2   scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

3   2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

4   space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

5   to, engaging in Public Air Travel.

6   3) Declaratory Judgment that:

7         a) All Persons have an exclusive and absolute Right to their Personal Space, and;

8         b) No Person is required to tolerate any Federal, State or other government officer in

9         their Personal Space, ever, and;

10        c) The use of force to remove any person from ones Personal Space, and permanently

11        prohibiting their return, is not chargeable as a crime by any state or federal officer.

12  4) Permanent Injunction prohibiting any federal officer under Obama's executorship from

13  ever violating any provision of the US Constitution, or any State or Federal, or

14  Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

15  Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

16  Committed Against Them.

17  5) Preliminary Injunction ordering defendant Obama to demand publicly the immediate

18  forfeiture to the United States of America, the Public Property that is Napolitano's Cabinet

19  Office.

20

21  ## COUNT 10:

22  **Defendant:** Janet Napolitano

23  ## Allegation of Constitutional Right Violated:

24  Napolitano is liable as an accomplice for principle Obama's Policy of ordering, or acceding

25  to, TSA officers searching and seizing Citizens prior to engaging in Public Air Travel that

26  violates Plaintiff's Rights to be Free From Crimes Being Committed against them.

27  ## Specific Facts In Support of Allegation:

28  The specific facts stated Count 9, are incorporated and restated herein.

IF WE DONT LIKE IT... YOU DONT GOVERN!

## Law Governing:

Defendant Napolitano's conduct alleged in this Count is in violation of the following State and Federal Statutes and Law:

US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV, XIV, and Article IV Section 4.

42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. § 2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. § 872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35 and any applicable provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular, Chapter 847.

## Relief Requested:

1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

2) Preliminary injunction ordering prohibition of any Federal employee entering the personal space of any Class Plaintiff, or other person during the course of, or as any kind of requisite to, engaging in Public Air Travel.

3) Declaratory Judgment that:

      a) All Persons have an exclusive and absolute Right to their Personal Space, and;

      b) No Person is required to tolerate any Federal, State or other government officer in their Personal Space, ever, and;

      c) The use of force to remove any person from ones Personal Space, and permanently prohibiting their return, is not chargeable as a crime by any state or federal officer.

4) Permanent Injunction prohibiting any federal officer under Napolitano's management from ever violating any provision of the US Constitution, or any State or Federal, or Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

IF WE DONT LIKE IT... YOU DONT GOVERN!

1  Committed Against Them.

2  5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United

3  States of America the Public Property that is her Cabinet Office.

4  6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with

5  any individual, party, board, organization, corporation, or otherwise, for the purpose of labor

6  to, or engaging in commerce with, The United States of America, or any of its Several

7  States.

8

9  **COUNT 11:**

10  **Defendant:** Janet Napolitano

11  **Allegation of Constitutional Right Violated:**

12  Right to be Free from Ultimata from Government dictating anything ever.

13  **Specific Facts In Support of Allegation:**

14  Defendant Napolitano has stated: "If you don't like it... Don't Fly!"

15  The correct statement however, is: "We don't like it... So You Don't Govern." Plaintiff Class

16  is "We" in this matter, and Plaintiff Class hereby affirms that they do not like it, ("it" being

17  Obama's policy and custom challenged herein), and because of that, Napolitano will not

18  govern.

19  **Law Governing:**

20  Defendant Napolitano's conduct alleged in this Count is in violation of the following State

21  and Federal Statutes and Law:

22  US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

23  XIV, and Article IV Section 4.

24  42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

25  2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

26  872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

27  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

28  FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35 and any applicable

IF WE DONT LIKE IT, YOU DONT GOVERN!

1   provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

2   Chapter 847.

3   **Relief Requested:**

4   1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

5   scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

6   2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

7   space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

8   to, engaging in Public Air Travel.

9   3) Declaratory Judgment that:

10       a) All Persons have an exclusive and absolute Right to their Personal Space, and;

11       b) No Person is required to tolerate any Federal, State or other government officer in

12       their Personal Space, ever, and;

13       c) The use of force to remove any person from ones Personal Space, and permanently

14       prohibiting their return, is not chargeable as a crime by any state or federal officer.

15   4) Permanent Injunction prohibiting any federal officer under Napolitano's management

16   from ever violating any provision of the US Constitution, or any State or Federal, or

17   Constitutional Law that Protects  Citizens Individual Rights To Be Let Alone, To Personal

18   Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

19   Committed Against Them.

20   5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United

21   States of America the Public Property that is her Cabinet Office.

22   6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with

23   any individual, party, board, organization, corporation, or otherwise, for the purpose of labor

24   to, or engaging in commerce with, The United States of America, or any of its Several

25   States.

26

27

28

IF WE DONT LIKE IT... YOU DONT GOVERN!

## COUNT 12:

**Defendant:** Barack H. Obama

## Allegation of Constitutional Right Violated:

Right to Be Free From Unwarranted Search and Seizure

## Specific Facts In Support of Allegation:

No warrants have ever been issued upon any member of Plaintiff Class, that they be searched prior to engaging in Public Air Travel, and no person engaging in a Fundamental or other Right, such as in Interstate Commerce, is probable cause ever that any warrant shall issue. Plaintiff Class has been subjected to warrantless search and seizure, as well as being deterred by annoyance, disgust and threat from enjoying and Freely exercising Constitutionally Protected Fundamental Rights.

## Law Governing:

Defendant Obama's conduct alleged in this Count is in violation of the following State and Federal Statutes and Law:

US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV, XIV; and Article IV Section 4.

42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. § 2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. § 872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35, and any applicable provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular, Chapter 847.

## Relief Requested:

1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

2) Preliminary injunction ordering prohibition of any Federal employee entering the personal space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

IF WE DONT LIKE IT - YOU DONT GOVERN!

1   to, engaging in Public Air Travel.

2   3) Declaratory Judgment that:

3       a) All Persons have an exclusive and absolute Right to their Personal Space, and;

4       b) No Person is required to tolerate any Federal, State or other government officer in

5       their Personal Space, ever, and;

6       c) The use of force to remove any person from ones Personal Space, and permanently

7       prohibiting their return, is not chargeable as a crime by any state or federal officer.

8   4) Permanent Injunction prohibiting any federal officer under Obama's executorship from

9   ever violating any provision of the US Constitution, or any State or Federal, or

10  Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

11  Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

12  Committed Against Them.

13  5) Preliminary Injunction ordering defendant Obama to demand publicly the immediate

14  forfeiture to the United States of America, the Public Property that is Napolitano's Cabinet

15  Office.

16

17  # COUNT 13:

18  **Defendant:** Janet Napolitano

19  ## Allegation of Constitutional Right Violated:

20  Free From Unwarranted Search and Seizure

21  ## Specific Facts In Support of Allegation:

22  The specific facts stated Count 12, are incorporated and restated herein. Defendant

23  Napolitano is liable as an accomplice for administering and implementing Principle Obama's

24  policy and custom of searching and seizing Citizens who choose to engage in Public Air

25  Travel.

26  ## Law Governing:

27  Defendant Napolitano's conduct alleged in this Count is in violation of the following State

28  and Federal Statutes and Law:

IF WE DONT LIKE IT, YOU DON'T GOVERN!

1   US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

2   XIV, and Article IV Section 4.

3   42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

4   2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

5   872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

6   Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

7   FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35 and any applicable

8   provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

9   Chapter 847.

10  ## Relief Requested:

11  1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

12  scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

13  2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

14  space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

15  to, engaging in Public Air Travel.

16  3) Declaratory Judgment that:

17      a) All Persons have an exclusive and absolute Right to their Personal Space, and;

18      b) No Person is required to tolerate any Federal, State or other government officer in

19      their Personal Space, ever, and;

20      c) The use of force to remove any person from ones Personal Space, and permanently

21      prohibiting their return, is not chargeable as a crime by any state or federal officer.

22  4) Permanent Injunction prohibiting any federal officer under Napolitano's management

23  from ever violating any provision of the US Constitution, or any State or Federal, or

24  Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

25  Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

26  Committed Against Them.

27  5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United

28  States of America the Public Property that is her Cabinet Office.

1   6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with

2   any individual, party, board, organization, corporation, or otherwise, for the purpose of labor

3   to, or engaging in commerce with, The United States of America, or any of its Several

4   States.

5

6   ## COUNT 14:

7   **Defendant:** Barack H. Obama

8   ## Allegation of Constitutional Right Violated:

9   Plaintiff's Right to be Free From Tortious Assault. This allegation is separate and distinct

10  from Counts 9 and 10 which allege the crime of assault. This Count charges defendant

11  Obama with respondeat superior liability for the Common Law tort of assault committed by

12  TSA Officers.

13  ## Specific Facts In Support of Allegation:

14  No member of Plaintiff class ever consents in any way to being touched, groped, grabbed, or

15  felt in any way by any officer of government, whether they be officers for profit or of trust.

16  No victimization of any member of Plaintiff Class, by such conduct, or suffering by them to

17  date of such conduct, is any kind of consent to or tolerance whatsoever thereof.

18  ## Law Governing:

19  Common Law Tort of Assault, Restatement (2d) of Torts, § 21.

20  Defendant Obama's conduct alleged in this Count is in violation of the following State and

21  Federal Statutes and Law:

22  US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

23  XIV; and Article IV Section 4.

24  42 U.S.C. § 1983.

25  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

26  FRS 784.011 and any applicable provisions of FRS Title XLIV, and Title XLV, and

27  Chapters 800, 817, 827, and in particular, Chapter 847.

28  ## Relief Requested:

IF WE DON'T LIKE IT... YOU DON'T GOVERN!

1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

to, engaging in Public Air Travel.

3) Declaratory Judgment that:

       a) All Persons have an exclusive and absolute Right to their Personal Space, and;

       b) No Person is required to tolerate any Federal, State or other government officer in

       their Personal Space, ever, and;

       c) The use of force to remove any person from ones Personal Space, and permanently

       prohibiting their return, is not chargeable as a crime by any state or federal officer.

4) Permanent Injunction prohibiting any federal officer under Obama's executorship from

ever violating any provision of the US Constitution, or any State or Federal, or

Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

Committed Against Them.

5) Preliminary Injunction ordering defendant Obama to demand publicly the immediate

forfeiture to the United States of America, the Public Property that is Napolitano's Cabinet

Office.

# COUNT 15:

**Defendant:** Janet Napolitano

## Allegation of Constitutional Right Violated:

Plaintiff's Right to be Free From Tortious Assault. This allegation is separate and distinct

from Counts 9 and 10 which allege the crime of assault. This Count charges defendant

Napolitano with accomplice liability for the Common Law tort of assault committed as a

matter of custom by TSA Officers by Obama's policy.

## Specific Facts In Support of Allegation:

1  The specific facts stated in Count 14 are incorporated and restated herein. Napoliatano is

2  liable as an accomplice for principle Obama's conduct charged therein.

3  ## Law Governing:

4  Common Law Tort of Assault, Restatement (2d) of Torts, § 21.

5  Defendant Napolitano's conduct alleged in this Count is in violation of the following State

6  and Federal Statutes and Law:

7  US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

8  XIV; and Article IV Section 4.

9  42 U.S.C. § 1983.

10  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

11  FRS 784.011 and any applicable provisions of FRS Title XLIV, and Title XLV, and

12  Chapters 800, 817, 827, and in particular, Chapter 847.

13  ## Relief Requested:

14  1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

15  scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

16  2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

17  space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

18  to, engaging in Public Air Travel.

19  3) Declaratory Judgment that:

20      a) All Persons have an exclusive and absolute Right to their Personal Space, and;

21      b) No Person is required to tolerate any Federal, State or other government officer in

22      their Personal Space, ever, and;

23      c) The use of force to remove any person from ones Personal Space, and permanently

24      prohibiting their return, is not chargeable as a crime by any state or federal officer.

25  4) Permanent Injunction prohibiting any federal officer under Napolitano's management

26  from ever violating any provision of the US Constitution, or any State or Federal, or

27  Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

28  Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

IF WE DONT LIKE IT, YOU DON'T GOVERN!

1 | Committed Against Them.

2 | 5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United

3 | States of America the Public Property that is her Cabinet Office.

4 | 6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with

5 | any individual, party, board, organization, corporation, or otherwise, for the purpose of labor

6 | to, or engaging in commerce with, The United States of America, or any of its Several

7 | States.

8 |

9 | **COUNT 16:**

10 | **Defendant:** Barack H. Obama

11 | **Allegation of Constitutional Right Violated:**

12 | Plaintiff's Right to be Free From Tortious Harassment. This allegation is separate and

13 | distinct from Counts 9 and 10 which allege the crime of Harassment. This Count charges

14 | defendant Obama with respondeat superior liability for the Common Law tort of harassment

15 | committed as a matter of custom by TSA Officers by Obama's policy.

16 | **Specific Facts In Support of Allegation:**

17 | No member of Plaintiff class ever consents in any way to being touched, groped, grabbed, or

18 | felt in any way by any officer of government whether they be officers for profit or of trust.

19 | No member of Plaintiff Class consents in any way to any entry whatsoever, into their

20 | Personal Space by any officer of government, whether they be officers for profit or of trust.

21 | No victimization of any member of Plaintiff Class, by such conduct, or suffering by them to

22 | date of such conduct, is any kind of consent to or tolerance whatsoever thereof. All members

23 | of Plaintiff Class herein affirm that defendant Obama's policy and custom challenged herein

24 | are of such offense as to shock the conscience and constitute harassment in se.

25 | **Law Governing:**

26 | Defendant Obama's conduct alleged in this Count is in violation of the following State and

27 | Federal Statutes and Law:

28 | US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

IF WE DONT LIKE IT.. YOU DONT GOVERN!

1. XIV; and Article IV Section 4.

2. 42 U.S.C. § 1983.

3. Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

4. Any applicable provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827,

5. and in particular, Chapter 847.

6. **Relief Requested:**

7. 1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

8. scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

9. 2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

10. space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

11. to, engaging in Public Air Travel.

12. 3) Declaratory Judgment that:

13.      a) All Persons have an exclusive and absolute Right to their Personal Space, and;

14.      b) No Person is required to tolerate any Federal, State or other government officer in

15.      their Personal Space, ever, and;

16.      c) The use of force to remove any person from ones Personal Space, and permanently

17.      prohibiting their return, is not chargeable as a crime by any state or federal officer.

18. 4) Permanent Injunction prohibiting any federal officer under Obama's executorship from

19. ever violating any provision of the US Constitution, or any State or Federal, or

20. Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

21. Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

22. Committed Against Them.

23. 5) Preliminary Injunction ordering defendant Obama to demand publicly the immediate

24. forfeiture to the United States of America, the Public Property that is Napolitano's Cabinet

25. Office.

26.

27.

28.

IF WE DON'T LIKE IT ... YOU DON'T GOVERN!

**COUNT 17:**

**Defendant:** Janet Napolitano

**Allegation of Constitutional Right Violated:**

Plaintiff's Right to be Free From Tortious Harassment. This allegation is separate and distinct from Counts 9 and 10 which allege the crime of Harassment. This Count charges defendant Napolitano with accomplice liability for the Common Law tort of harassment committed as a matter of custom by TSA Officers by Obama's policy.

**Specific Facts In Support of Allegation:**

The specific facts stated in Count 16 are incorporated and restated herein. Defendant Napolitano is liable as an accomplice for implementing principle Obama's policy and custom challenged herein.

**Law Governing:**

Defendant Napolitano's conduct alleged in this Count is in violation of the following State and Federal Statutes and Law:

US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV, XIV; and Article IV Section 4.

42 U.S.C. § 1983.

Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

Any applicable provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular, Chapter 847.

**Relief Requested:**

1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

2) Preliminary injunction ordering prohibition of any Federal employee entering the personal space of any Class Plaintiff, or other person during the course of, or as any kind of requisite to, engaging in Public Air Travel.

3) Declaratory Judgment that:

   a) All Persons have an exclusive and absolute Right to their Personal Space, and;

IF WE DONT LIKE IT... YOU DON'T GOVERN!

1          b) No Person is required to tolerate any Federal, State or other government officer in

2          their Personal Space, ever, and;

3          c) The use of force to remove any person from ones Personal Space, and permanently

4          prohibiting their return, is not chargeable as a crime by any state or federal officer.

5    4) Permanent Injunction prohibiting any federal officer under Napolitano's management

6    from ever violating any provision of the US Constitution, or any State or Federal, or

7    Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

8    Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

9    Committed Against Them.

10   5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United

11   States of America the Public Property that is her Cabinet Office.

12   6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with

13   any individual, party, board, organization, corporation, or otherwise, for the purpose of labor

14   to, or engaging in commerce with, The United States of America, or any of its Several

15   States.

16

17   **COUNT 18:**

18   **Defendant:** Barack Obama

19   **Allegation of Constitutional Right Violated:**

20   Right to a Republican Form of Government.

21   **Specific Facts In Support of Allegation:**

22   Napolitano's ultimatum that "If you don't like it... Don't fly!" Violates Plaintiff Class' Rights

23   as Americans to decide government policy. The correct statement for Napolitano to make is:

24   "If you don't like it... I will adjust policy to accommodate the Public." Napolitano's statement

25   indicates that she has no intention of accommodating the Public, and every intention of

26   continuing to impose a course of conduct upon the public that violates state and federal

27   statutory and Constitutional Law, and that the Public explicitly dissents to. Defendant

28   Obama is liable as respondeat superior for Napolitano's wrongful conduct, and failure to

1   rectify it.

2   ## Law Governing:

3   Defendant Obama's conduct alleged in this Count is in violation of the following State and

4   Federal Statutes and Law:

5   US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,

6   XIV; and Article IV Section 4.

7   42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §

8   2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §

9   872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.

10  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

11  FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35, and any applicable

12  provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

13  Chapter 847.

14  ## Relief Requested:

15  1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

16  scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

17  2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

18  space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

19  to, engaging in Public Air Travel.

20  3) Declaratory Judgment that:

21          a) All Persons have an exclusive and absolute Right to their Personal Space, and;

22          b) No Person is required to tolerate any Federal, State or other government officer in

23          their Personal Space, ever, and;

24          c) The use of force to remove any person from ones Personal Space, and permanently

25          prohibiting their return, is not chargeable as a crime by any state or federal officer.

26  4) Permanent Injunction prohibiting any federal officer under Obama's executorship from

27  ever violating any provision of the US Constitution, or any State or Federal, or

28  Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

IF WE DONT LIKE IT... YOU DONT GOVERN!

1  Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being
2  Committed Against Them.
3  5) Preliminary Injunction ordering defendant Obama to demand publicly the immediate
4  forfeiture to the United States of America, the Public Property that is Napolitano's Cabinet
5  Office.
6
7  ## COUNT 19:
8  **Defendant:** Janet Napolitano
9  ## Allegation of Constitutional Right Violated:
10  Right to a Republican Form of Government.
11  ## Specific Facts In Support of Allegation:
12  Napolitano's ultimatum that "If you don't like it... Don't fly!" Violates Plaintiff Class' Rights
13  as Americans to decide government policy. The correct statement for Napolitano to make is:
14  "If you don't like it... I will adjust policy to accommodate the Public." Napolitano's statement
15  indicates that she has no intention of accommodating the Public, and every intention of
16  continuing to impose a course of conduct upon the public that violates state and federal
17  statutory and Constitutional Law, and that the Public explicitly dissents to. Defendant
18  Napolitano is liable thereby for violating Plaintiff Class' Right to a Republican Form of
19  Government.
20  ## Law Governing:
21  Defendant Napolitano's conduct alleged in this Count is in violation of the following State
22  and Federal Statutes and Law:
23  US Constitution, all applicable provisions, and in particular; Article III, Amendments I, IV,
24  XIV, and Article IV Section 4.
25  42 U.S.C. § 1983, 18 U.S.C. §§ 241 - 245, 18 U.S.C. § 113, 18 U.S.C. § 1801, 18 USC. §
26  2236, 18 USC. §§ 2241 - 2248, 18 USC. § 2251 et seq., 18 USC. § 2231(5), 18 U.S.C. §
27  872, 18 U.S.C. §§ 371, 373, 18 U.S.C. § 2340, 18 U.S.C. § 2381 et seq.
28  Florida Constitution Article I, §§ 1, 2, 4, 5, 9, 12, 20, 23.

IF WE DON'T LIKE IT... YOU DON'T GOVERN!

1    FRS 876.02, FRS 876.05, FRS 876.06, FRS 876.34, FRS 876.35 and any applicable

2    provisions of FRS Title XLIV, and Title XLV, and Chapters 800, 817, 827, and in particular,

3    Chapter 847.

4    ## Relief Requested:

5    1) Preliminary injunction ordering the immediate cessation of use of all sub-vestial visual

6    scanners, whether of electromagnetically radiative, or any other imaging mechanism, and;

7    2) Preliminary injunction ordering prohibition of any Federal employee entering the personal

8    space of any Class Plaintiff, or other person during the course of, or as any kind of requisite

9    to, engaging in Public Air Travel.

10    3) Declaratory Judgment that:

11        a) All Persons have an exclusive and absolute Right to their Personal Space, and;

12        b) No Person is required to tolerate any Federal, State or other government officer in

13        their Personal Space, ever, and;

14        c) The use of force to remove any person from ones Personal Space, and permanently

15        prohibiting their return, is not chargeable as a crime by any state or federal officer.

16    4) Permanent Injunction prohibiting any federal officer under Napolitano's management

17    from ever violating any provision of the US Constitution, or any State or Federal, or

18    Constitutional Law that Protects Citizens Individual Rights To Be Let Alone, To Personal

19    Privacy, and to Be Free From Assault, Harassment, and to Be Free From Crimes Being

20    Committed Against Them.

21    5) Preliminary Injunction ordering defendant Napolitano to return immediately to the United

22    States of America the Public Property that is her Cabinet Office.

23    6) Permanent Injunction prohibiting defendant Napolitano from associating in any way with

24    any individual, party, board, organization, corporation, or otherwise, for the purpose of labor

25    to, or engaging in commerce with, The United States of America, or any of its Several

26    States.

27

28

IF WE DONT LIKE IT, YOU DONT GOVERN!

## VI. ADDITIONAL RELIEF REQUESTED

In addition to the specific Relief requested in each Count herein, Plaintiff Class seeks whatever Injunction or Ruling by this Court whether preliminary, or final, necessary to protect the Individual Safety, Privacy, Liberty Interests, and Individual Rights, of all Plaintiff Class seeking to exercise their Fundamental Right to Travel by the Use of Public Air Transportation.

The foregoing statements, and the following affidavit are hereby submitted to this Court in this matter, by Filing Plaintiff, Mr. Piero A. Bugoni, This 8th Day of August, in the Year 2011.

Filing Plaintiff - Pro Se.

1 **Filing Plaintiff's Affidavit:**

2

3 1) _____ I am an American Traveler.

4 2) _____ I am aggrieved by the conduct of defendants Obama, and

5 Napolitano as stated in the Complaint filed in this matter.

6 3) _____ Hereby affirm my Rights to Be Let Alone, to Privacy, to Personal

7 Space, Peace and Dignity, and to Be Free From Crime Being Committed Against Me.

8 4) _____ Because of 1) 2), and 3) above, I hereby affirm that I

9 have Interests In Common to all Citizens and Travelers, as stated in this Complaint.

10 5) _____ I do not now, nor do I, or did I consent to any such

11 conduct engaged in by Defendants Obama, Napolitano or their subordinates. No failure on

12 my part to object or affirm notice of non-consent to defendants' conduct constitutes any kind

13 of waiver, or consent whatsoever thereto.

14

15 Notary Seal:

16 Each of the signed statements above were sworn to before me a, a Notary or Judicial officer,

17 In the State of _Florida_____, County of _Palm Beach___ By Affiant,

18 _Piero A. Bugone_____, Identified to me or otherwise known to me by

19 _Florida DL.___

20 This _8_ day _August_ 20 _11_.

21 Officer's Name: _John Cla_____

22 Seal:

NOTARY PUBLIC-STATE OF FLORIDA
John Lawrence
Commission # EE114883
Expires: AUG. 02, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

23

24

25 **Cetificate of Service:**

26 Original Plus 1 Copy Mailed to the Court: 701 W. Clematis, West Palm Beach FL 33401.

27 Copies Mailed To: Obama, Napolitano, 1600 Pennsylvania Avenue, Washington DC. 20500

28 On:_____By:_____

# CIVIL COVER SHEET

JS 44 (Rev. 2/08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
Piero Bugoni
ex rel American Travelers

**(b)** County of Residence of First Listed Plaintiff Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro-Se 160 W Camino Real #191 Boca Raton 33432

**DEFENDANTS**
Barack H. Obama
Janet Napolitano
Washington DC

County of Residence of First Listed Defendant Washington DC
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known) U.S. Attorney DC. Washington

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

11 cv 80892 DMM / LRJ

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability ☐ 365 Personal Injury - | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | Slander ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | ☐ 330 Federal Employers' Injury Product | ☐ 650 Airline Regs. | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | Liability Liability | ☐ 660 Occupational | | ☐ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 340 Marine **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| of Veteran's Benefits | Liability ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 195 Contract Product Liability | Product Liability ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations ☐ 530 General | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Employment | ☐ 463 Habeas Corpus-Alien | | |
| | ☐ 446 Amer. w/Disabilities - ☐ 550 Civil Rights | Detainee | | |
| | Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of State |
| | ☒ 440 Other Civil Rights ☐ 555 Prison Condition | Actions | | Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S)**
(See instructions second page)
a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE                           DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 42 U.S.C. § 1983, Seeking Insunctive & Declaratory Judgment to Protect Individual Rights.
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Insunction Declaratory Judgment
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 08-08-2011

FOR OFFICE USE ONLY
AMOUNT 350.00   RECEIPT #   IFP
FLSD-975